THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SIOBHAN JAMES,                )
                              )
            Plaintiff,        )
                              )
    v.                        )        1:20CV134
                              )
RPS HOLDINGS, LLC,            )
                              )
            Defendant.        )

## VERDICT FORM

Did the Defendant prove by a preponderance of the evidence that the Plaintiff and the Defendant entered into an enforceable written agreement to arbitrate the claims the Plaintiff has made against the Defendant in this case?

    ✓  YES

    _____ NO

                                    [signature]
                                    FOREPERSON

                                    5/17/24
                                    DATE